UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IGOR BRENER,

        Plaintiff,

    v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

        Defendant.

Case No.  25-cv-09822-RFL

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO REMAND**

Re: Dkt. Nos. 6, 9

Igor Brener filed this lemon-law suit against Jaguar Land Rover North America, LLC in state court.  Jaguar removed it to this Court based on diversity jurisdiction.  Brener now moves to amend his complaint to add a negligence claim against Land Rover Redwood City, which is the dealership that serviced his car, and Jaguar.  (Dkt. No. 19, Ex. A ¶¶ 3, 35–43.)  That amendment would destroy complete diversity, so Brener also moves to remand.  (*See* Dkt. No. 6-1.)  For the reasons described below, Brener's motions are **GRANTED**.  This order assumes the parties' familiarity with the facts of this case, the applicable legal standards, and both sides' arguments.

A court has discretion to allow joinder that would destroy complete diversity and remand the case.  28 U.S.C. § 1447(e).  The factors courts consider when exercising that discretion balance in favor of allowing joinder here.  *See Burch v. Ford Motor Co.*, 758 F. Supp. 3d 1092, 1098 (N.D. Cal. 2024) (citations omitted).  By servicing Brener's car, the dealership played more than a tangential role in Brener's claims.  Jaguar makes no argument why a negligence claim against the dealership is not facially valid.  Jaguar asserts that Brener could not bring a warranty claim against the dealership, but his proposed claim against the dealership is for negligence, not breach of warranty.  (*See* Dkt. No. 15 at ECF Page 5.)  Finally, Brener did not unreasonably

1

delay in bringing these motions.  They were filed just three months after filing his complaint and one month after the case was removed to this Court.

For the foregoing reasons, Brener's motion for leave to file an amended complaint is **GRANTED**, Land Rover Redwood City is joined, and the case is **REMANDED** to the Superior Court for the County of San Mateo.

**IT IS SO ORDERED.**

Dated: February 18, 2026

RITA F. LIN
United States District Judge